467 A.2d 1294

**A. Bruce NEUMAN et al.**

v.

**DEPARTMENT OF ENVIRONMENTAL RESOURCES et al., Appellants.**

**No. 127 E.D. Appeal Docket 1983.**

Supreme Court of Pennsylvania.

Argued Nov. 29, 1983.

Decided Nov. 30, 1983.

LeRoy S. Zimmerman, Atty. Gen., Marc G. Brecher, Deputy Atty. Gen., for appellants.

Clifford B. Cohn, Philadelphia, for appellees.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The matter is remanded to the Commonwealth Court for expedited disposition of the merits.